1
 Demarea Deshawn Mitchell, Petitioner v. The People of the State of Colorado. Respondent No. 24SC122
Supreme Court of Colorado, En Banc
November 4, 2024
 
           Court
 of Appeals Case No. 21CA1676
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the court of appeals erred in affirming the trial
 court's denial of petitioner's motion to dismiss for
 selective prosecution in a case in which the petitioner, who
 is Black, and his three codefendants were all charged with
 felony murder but only the two non-Black defendants received
 a plea bargain offer that allowed them to be tried in
 juvenile court in exchange for their cooperation with law
 enforcement.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.